IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MANDRIEZ RAMON SPIVEY,

    Plaintiff

VS.

GD&CP, *et al.*,

    Defendants

NO. 5:11-CV-262 (MTT)

**O R D E R**

On July 11, 2011, the Court dismissed *pro se* Plaintiff **MANDRIEZ RAMON SPIVEY'S** lawsuit against officials at Georgia Diagnostic and Classification Prison pursuant 28 U.S.C. § 1915A. Before the Court is Plaintiff's motion to appoint counsel (Doc. 7) and a motion to amend his complaint to add a new defendant (Doc. 8), both received in this Court on July 13, 2011. Plaintiff's motions and the Court's Order of dismissal likely crossed in the mail. Because Plaintiff's lawsuit has been dismissed, he cannot now file a motion for appointment of counsel and motion to amend. Accordingly, his motions are **DENIED**.

**SO ORDERED**, this 21st day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr